**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Joseph Constant,  Plaintiff,

v.

Cheryl A Matthews,  Defendant            /

Case:5:16-cv-14501
Judge: O'Meara, John Corbett
MJ: Whalen, R. Steven
Filed: 12-29-2016 At 04:24 PM
CONSTANT VS. MATTHEWS (DP)

## COMPLAINT

I, Plaintiff Joseph Constant, in pro per, brings this action under 42 USC §1983 against Defendant Cheryl A Matthews and states as follows:

1. I have presently pending in the 6th Circuit Court of Oakland County, Michigan a case against DTE Electric Company (DTE) and Mrs Judge Cheryl A Matthews is the Judge on the case.

2. On 11/15/2016, the DTE Electric Company (DTE) filed a motion in court attacking the caption in my complaint and requested the Court to change the caption. The motion was frivolous under MCR 2.114 (D) and sanctions were well warranted but Mrs Matthews did not issue sanctions. Sanctions were well warranted because the caption I had used is the same caption that I have used in my previous complaints against DTE Electric in the United States District Court, U.S. Court of Appeals and U.S. Supreme Court and no issues or contests were raised by DTE on the captions, and none of those courts ordered the modification of the captions, and the Defendant's counsel had filed the motion to burden, harass, intimidate me unnecessarily, and to create a cash-flow of earnings and billings for himself from his client DTE Electric.

3. Also the Defendant DTE, filed a motion in court asking the Courts to order me to remove any reference that I have made alluding to the compensations of DTE's CEO, Gerard M Anderson's salaries and compensations, and the Court (Mrs Matthews) granted the motion. The motion was frivolous because in the past, I have made the same exact references to Anderson's salaries and

compensations in all my court filings against DTE in the the State and U.S. Courts and the Michigan Court of Appeals including the Michigan Supreme Court and DTE have never raised any issues with this and the courts have never before issued any orders that required me to delete such references, and sanctions were well warranted. DTE's counsel had filed the motion to (1) distance Anderson's name and compensation from an unlawful conduct and practice of the DTE Electric Company to gain control of property easements rights against unsuspecting individuals, by means by means of fraud and deception, false pretense and fraudulent misrepresentations, and fraud on the Court, and to burden, harass, intimidate me unnecessarily, and to create a cash-flow of earnings and billings for himself from his client DTE.

4. On 12/5/2013 I filed a motion requesting the Court to set aside a 2013 order of preliminary Injunction against me which DTE had obtained from the court by fraud on the court, and this is to permit me to clear the way and apply for a loan to repair or replace my 24-year old heating furnace that had stopped working at the onset of winter, and the condition in my house was dangerous to my health and safety, and because by the time the issues before the Court are sorted out, I would have suffered through the winter severe damages beyond any remedies of the law, and because Court order are public records that credit reporting bureaus and agencies included in their credit reports. Mrs Judge Matthews denied the motion and went on to sanction me for $500 payable to DTE. Mrs Mathews have not done the same or gone out of her way to sanction DTE who have filed genuine frivolous motions, as I have described in above. Her treatment of me in her court are simply un-equal, and are biased, prejudiced and bigoted towards me.

5. Mrs Judge Matthews have appeared in court at the early stages, not reading my writings and depending on my opponent to describe my complaints to her.

6. Mrs Judge Matthews have appeared in court unprepared and not reading my writings and

2

depending on her clerk to educate her in the court room, if I have filed a response or not to a particular motion on the floor.

7. Mrs Judge Matthews while in court, lets the opponent say what he wants to say in his defenses of his client and as long as he wants, and consistently denies me the equal time to state my claims or defenses and relies on the DTE's counsel Timothy Young to present to her, my side of the complaint, just as he would like my complaint to be written, such that he is advantaged against me, and, as if he was my counsel.

8. Mrs Judge Matthews is ignoring my presence in Court, as if I am not there at all, as one to be seen and not be heard from and directing, relying, depending and expecting the DTE counsel to also represents me before the court, which is usually a sustained vilification of me b DTE counsel, Timothy Young.

9. Consistently, Mrs Judge Mathews is pre-empting my responses to DTE's motions, days ahead of oral arguments on the issues, and by the clock and not letting me file answers to defendant's intimidating motions within the time allowed before Oral arguments.

10. Mrs Judge Matthews is violating my rights to equality in the eyes of the law, she is exceeding and abusing her discretion, in advancements of her particular court and Courthouse's culture of contempt for pro per litigants like me, and violating my civil rights under 42 USC § 1983.

## RELIEF REQUESTED

WHEREFORE, I request this court to grant me the relief of money damages in excess of $75,000 or whatever amount that this Court deems appropriated for Mrs Matthews abusing her office, exceeding her discretion and violating my civil rights to equality in the eyes of the law, and before the courts and due process rights.

3

Date: 12-29-2016

Joseph Constant
In Pro per
49 Highland Drive
Bloomfield Hills, Michigan 48302-0355
Tel: 248-857-9000
email: constant@ameritech.net

4

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

County in which action arose _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Joseph Constant

**DEFENDANTS**

Cheryl A Matthews

**(b)** County of Residence of First Listed Plaintiff  Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Oakland
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro per

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC § 1983

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**

*(See instructions)*

JUDGE _____

DOCKET NUMBER _____

DATE  12-29-2016

SIGNATURE OF ATTORNEY OF RECORD
Joseph Constant

**FOR OFFICE USE ONLY**

RECEIPT #  _____  AMOUNT  _____  APPLYING IFP  _____  JUDGE  _____  MAG. JUDGE  _____

# PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?      ☐ Yes  ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes  ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :

# New Lawsuit Check List

**Instructions:** Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

| | |
|---|---|
| ☑ Two (2) completed **Civil Cover Sheets.** | |
| ☑ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>____*1*____ + 2 = ___*3*___ **Complaints.**<br><sub># of Defendants</sub>        <sub>Total</sub><br><br>Received by Clerk: _DP_ Addresses are complete: _____ | CLERK TO AFFIX<br><br>CASE ASSIGNMENT LABEL<br>HERE |

☐ If any of your defendants are **government agencies**:
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #:_____ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br>Received by Clerk: _DP_ |

### Select the Method of Service you will employ to notify your defendants:

| **Service via Summons by Self** | **Service by U.S. Marshal**<br>(Only available if fee is waived) | **Service via Waiver of Summons**<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☑ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br><br><br><br><br>Received by Clerk: _DP_ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:

Rev. 4/13